ACCEPTED
15-25-00036-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/16/2025 9:45 AM
CHRISTOPHER A. PRINE
CLERK

CASE NO. 15-25-00036-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/16/2025 9:45:41 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

### JORGE R. GUEVARA, M.D.,

*Appellant,*

**v.**

### TEXAS MEDICAL BOARD

*Appellee.*

## APPELLEE TEXAS MEDICAL BOARD'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

In accordance with Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee the Texas Medical Board (TMB) respectfully requests a 30-day extension of time to file its brief. In support of the motion, Appellee TMB would show the following:

1. The deadline for filing Appellee's brief is currently July 30, 2025.

2. Appellee TMB requests a 30-day extension from the current deadline to file its brief. If granted, this extension would cause Appellee's brief to be due on August 29, 2025.

3. Counsel for TMB requires an extension due to multiple competing deadlines, including an August 6, 2025, deadline to submit a petition for review to the Texas Supreme Court. Counsel for Appellant does not oppose the requested extension.

4. No previous motions for extension of time to file Appellee's brief have been filed.

WHEREFORE, PREMISES CONSIDERED, Appellee TMB respectfully requests that this honorable Court grant its motion for extension of time.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil
Litigation

**ERNEST C. GARCIA**
Chief, Administrative Law Division

/s/*Kathy Johnson*
**KATHY JOHNSON**
Assistant Attorney General
Texas State Bar No. 24126964
Ted A. Ross
Assistant Attorney General
State Bar No. 24008890
Office of the Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4164
Facsimile: (512) 320-0167
kathy.johnson@oag.texas.gov

ATTORNEYS FOR APPELLEE
TEXAS MEDICAL BOARD

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Hayley Ellison, counsel for Appellant Dr. Guevara, by email on July 15, 2025. Appellant does not oppose the granting of the relief requested in this motion.

/s/*Kathy Johnson*
**KATHY JOHNSON**
ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was served on the following counsel of record for Appellant by electronic service and/or e-mail on July 16, 2025:

Hayley Ellison
Davis & Santos, PLLC
719 S. Flores St.
San Antonio, TX 78204
P: 210-853-5882
hellison@dslawpc.com

ATTORNEY FOR APPELLANT

/s/*Kathy Johnson*
**KATHY JOHNSON**
ASSISTANT ATTORNEY GENERAL

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeff Lutz on behalf of Kathy Johnson
Bar No. 24126964
jeff.lutz@oag.texas.gov
Envelope ID: 103190422
Filing Code Description: Motion
Filing Description: 2025 0716 Appellee Motion for Extension
Status as of 7/16/2025 9:49 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason M.Davis | | jdavis@dslawpc.com | 7/16/2025 9:45:41 AM | SENT |
| Ted Ross | 24008890 | Ted.Ross@oag.texas.gov | 7/16/2025 9:45:41 AM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 7/16/2025 9:45:41 AM | SENT |
| Hayley Ellison | | hellison@dslawpc.com | 7/16/2025 9:45:41 AM | SENT |
| Katherine Johnson | 24126964 | kathy.johnson@oag.texas.gov | 7/16/2025 9:45:41 AM | SENT |